```
 1  Jeffrey S. Facter (State Bar No. 123817)
    Raymond A. Just (State Bar No. 204791)
 2  Azadeh Gowharrizi (State Bar No. 239938)
    SHEARMAN & STERLING LLP
 3  525 Market Street, Suite 1500
    San Francisco, CA 94105-2723
 4  Telephone: (415) 616-1100
    Facsimile: (415) 616-1199
 5  Email:     jfacter@shearman.com
               rjust@shearman.com
 6             azadeh.gowharrizi@shearman.com

 7  Attorneys for Defendants David H. McCormick
    and Robert M. Calderoni
 8

 9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  JONATHAN CROWELL, on plaintiff's own behalf    Case No.: 3:06-CV-05575-MHP
    and on behalf of all others similarly situated,
14                                                 Assigned to Hon. Marilyn Hall Patel
                    Plaintiff,
15                                                 JOINT STIPULATION AND
            v.                                     [PROPOSED] ORDER SETTING TIME
16                                                 FOR PLAINTIFF JONATHAN
    DAVID H. MCCORMICK and ROBERT M.               CROWELL TO FILE AMENDED
17  CALDERONI,                                     COMPLAINT AND EXTENDING
                                                   DEFENDANTS' TIME TO FILE A
18                  Defendants.                    RESPONSIVE PLEADING THERETO

19

20

21

22

23

24

25

26

27

28

    JT STIP TO SET TIME FOR PL J. CROWELL           CASE NO. 3:06-CV-05575-MHP
    TO FILE AMENDED CMPLT; [P] ORDER
                                                                          260388
```

1    WHEREAS, Plaintiff Jonathan Crowell, on Plaintiff's own behalf and on behalf of
2    all others similarly situated ("Plaintiff"), filed the Complaint for Violations of Federal Securities
3    Laws (the "Complaint") in this matter in the United States District Court for the Eastern District of
4    Virginia ("the Virginia District Court") on October 31, 2005;
5    WHEREAS, by stipulation filed with the Virginia District Court, the parties (1)
6    requested transfer of the action to this Court; (2) agreed that upon transfer of the action, they
7    would meet and confer to establish a mutually agreeable schedule for Plaintiff to file an amended
8    complaint and for Defendants David H. McCormick and Robert M. Calderoni ("Defendants") to
9    file a responsive pleading thereto; and (3) requested the Virginia District Court to order that
10   Defendants' time to respond to Plaintiff's Complaint be extended until 60 days after the court
11   enters the order transferring the action to this Court;
12   WHEREAS, the Virginia District Court entered an order on August 28, 2006 (1)
13   transferring the action to this Court, and (2) extending Defendants' time to respond to Plaintiff's
14   Complaint until 60 days after the entry of that order;
15   WHEREAS, pursuant to their previous stipulation, the parties have met and
16   conferred, and have agreed that Plaintiff shall have 60 days from the date of this stipulation to file
17   an amended complaint;
18   WHEREAS, the parties further agree that, once the amended complaint is filed,
19   they will meet and confer to establish a mutually agreeable briefing schedule that complies with
20   this Court's Standing Orders for Defendants to file a responsive pleading to that amended
21   complaint;
22   WHEREAS, the parties agree to propose such briefing schedule to the Court at the
23   initial Case Management Conference currently scheduled for January 29, 2006;
24   NOW THEREFORE, the parties by and among their undersigned counsel, hereby
25   jointly stipulate and request the Court order as follows:
26   1.    Plaintiff shall have 60 days from the date of this stipulation to file an
27   amended complaint.
28   2.    Plaintiff and Defendants shall meet and confer, after Plaintiff files an

1  amended complaint, to establish a mutually agreeable briefing schedule for Defendants to file a
2  responsive pleading thereto.
3  Dated: October 3, 2006                    SHEARMAN & STERLING LLP

6                                            By: _____
                                                  Jeffrey S. Facter

7                                            Attorneys for Defendants David H. McCormick and
                                             Robert M. Calderoni

10 Dated: Sept 27, 2006                      GLANCY BINKOW & GOLDBERG LLP

13                                           By: _____
                                                  Lionel Z. Glancy

14                                           Michael Goldberg
                                             Dale MacDiarmid
15                                           1801 Avenue of the Stars, Suite 311
                                             Los Angeles, CA 90067
16                                           Telephone:   (310) 201-9150
                                             Facsimile:   (310) 201-9160
17
                                             KIRBY, MCINERNEY & SQUIRE, LLP
18                                           Ira M. Press
                                             830 Third Avenue
19                                           New York, NY 10022-3903
                                             Telephone:   (212) 371-6600
20                                           Facsimile:   (212) 751-2540

21                                           Attorneys for Plaintiff Jonathan Crowell

23                     **ORDER**
24     **IT IS SO ORDERED.** The Case Management Conference date remains in effect.
25 DATED: 10/4/2006                          _____
26                                           HONORABLE MARILYN HALL PATEL
                                             UNITED STATES DISTRICT COURT JUDGE

JT STIP TO SET TIME FOR PL J. CROWELL    2
TO FILE AMENDED CMPLT; [P] ORDER

IT IS SO ORDERED
Judge Marilyn H. Patel