UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN CROWELL, BENJAMIN LAPIN
and REUVEN LAPIN, on plaintiffs' own behalves
and on behalf of all others similarly situated,

          Plaintiff(s),

v.

DAVID H. MCCORMICK, ROBERT M.
CALDERONI and ARIBA, INC.,

          Defendant(s).

CASE NO. 3:06-cv-05575-MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

IRA M. PRESS , an active member in good standing of the bar of the SOUTHERN DISTRICT OF NEW YORK (particular court to which applicant is admitted) whose business address and telephone number is KIRBY McINERNEY & SQUIRE, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 371-6600/Fax: (212) 751-2540 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 12/5/06

Hon. Marilyn Hall Patel
United States District Judge

FILED BY FAX
PURSUANT TO LOCAL RULES
WESTERN ATTORNEY SERVICES