1  Jeffrey S. Facter (State Bar No. 123817)
   Raymond A. Just (State Bar No. 204791)
2  Azadeh Gowharrizi (State Bar No. 239938)
   SHEARMAN & STERLING LLP
3  525 Market Street, Suite 1500
   San Francisco, CA 94105-2723
4  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
5  Email:     jfacter@shearman.com
              rjust@shearman.com
6              azadeh.gowharrizi@shearman.com

7  Attorneys for Defendants David H. McCormick,
   Robert M. Calderoni and Ariba Inc.

8

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  JONATHAN CROWELL, on plaintiff's own behalf      Case No.: 3:06-CV-05575-MHP
    and on behalf of all others similarly situated,
14                                                    Assigned to Hon. Marilyn Hall Patel
                       Plaintiff,
15                                                    JOINT STIPULATION AND [PROPOSED]
           v.                                         ORDER EXTENDING TIME FOR
16                                                    DEFENDANTS DAVID H. MCCORMICK,
    DAVID H. MCCORMICK, ROBERT M.                     ROBERT M. CALDERONI AND ARIBA
17  CALDERONI and Ariba, Inc.,                        INC. TO RESPOND TO AMENDED
                                                      COMPLAINT
18                     Defendants.

19

20

21

22

23

24

25

26

27

28

STIP TO EXTEND TIME FOR DEFS TO                       CASE NO. 3:06-CV-05575-MHP
RESPOND TO AMENDED CMPLT; [P] ORDER
                                                                            262259

1    WHEREAS, Plaintiff filed the Amended Complaint for Violations of Federal

2  Securities Laws (the "Amended Complaint") in this matter on November 30, 2006;

3    WHEREAS, pursuant to this Court's Standing Orders, Defendants David H.

4  McCormick, Robert M. Calderoni and Ariba Inc. may not file a motion to dismiss prior to the

5  initial Case Management Conference currently scheduled for January 29, 2006, except by leave of

6  court;

7    WHEREAS, pursuant to their previous stipulation, the parties agree that they will

8  meet and confer to establish a mutually agreeable briefing schedule to file a responsive pleading to

9  the Amended Complaint;

10    WHEREAS, the parties agree to propose such briefing schedule to the Court at the

11  initial Case Management Conference;

12    NOW THEREFORE, the parties by and among their undersigned counsel, hereby

13  jointly stipulate and request the Court order as follows:

14    1.    Defendants McCormick, Calderoni and Ariba, Inc.'s time to file a

15  responsive pleading to the amended complaint is extended until after the initial Case Management

16  Conference currently scheduled for January 29, 2006.

17    2.    Plaintiff and Defendants shall meet and confer prior to the initial Case

18  Management Conference to establish a mutually agreeable briefing schedule for Defendants to file

19  a responsive pleading to the amended complaint.

20  Dated: Dec. 7 , 2006          SHEARMAN & STERLING LLP

21

22

23                              By: _____
                                    Azadeh Gowharrizi
24
                                Attorneys for Defendants David H. McCormick,
25                              Robert M. Calderoni and Ariba Inc.

26

27

28

Dated: Dec. 7, 2006

KIRBY MCINERNEY & SQUIRE, LLP

By: _Beverly Tse_
        Beverly Tse

Ira M. Press
Mark A. Strauss
830 Third Avenue
New York, NY 10022-3903
Telephone:    (212) 371-6600
Facsimile:    (212) 751-2540

GLANCY BINKOW & GOLDBERG LLP

Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

MURRAY FRANK & SAILER, LLP
Brian Murray
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone:    (212) 682-1818
Facsimile:    (212) 682-1892


Attorneys for Plaintiff Jonathan Crowell


ORDER

IT IS SO ORDERED.

DATED: _12/12/06_

HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE