1  Jeffrey S. Facter (State Bar No. 123817)
   Raymond A. Just (State Bar No. 204791)
2  Azadeh Gowharrizi (State Bar No. 239938)
   SHEARMAN & STERLING LLP
3  525 Market Street, Suite 1500
   San Francisco, CA 94105-2723
4  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
5  Email:      jfacter@shearman.com
               rjust@shearman.com
6              azadeh.gowharrizi@shearman.com

7  Attorneys for Defendants David H. McCormick,
   Robert M. Calderoni and Ariba Inc.
8

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 | JONATHAN CROWELL, on plaintiff's own behalf | Case No.: 3:06-CV-05575-MHP
   | and on behalf of all others similarly situated, |
14 |                                              | Assigned to Hon. Marilyn Hall Patel
   |                    Plaintiff,                |
15 |                                              | JOINT STIPULATION AND [PROPOSED]
   |         v.                                   | ORDER ALLOWING PLAINTIFFS TO FILE
16 |                                              | A SECOND AMENDED CLASS ACTION
   | DAVID H. MCCORMICK, ROBERT M.                | COMPLAINT
17 | CALDERONI and ARIBA, INC.,                   |
18 |                                              |
   |                    Defendants.               |

1    IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject
2 to the Order of the Court, the following:
3    (1)    Plaintiff Jonathan Crowell ("Plaintiff") shall file a Second Amended Class
4 Action Complaint ("Second Amended Complaint") and serve it on or before May 18, 2007;
5    (2)    Defendants shall answer or otherwise respond to the Second Amended
6 Complaint on or before July 13, 2007;
7    (3)    If Defendants file motion(s) to dismiss, Plaintiff shall file and serve his
8 opposition memorandum on or before August 10, 2007;
9    (4)    Defendants shall file and serve their reply memoranda on or before
10 September 7, 2007;
11    (5)    The parties shall confer among themselves and with the Court's clerk to set
12 a hearing date for any such motion to dismiss;
13    (6)    Plaintiff agrees to rest on the merits of the Second Amended Complaint,
14 such that he will not seek leave of Court to amend if a motion to dismiss the Second Amended
15 Complaint is granted, and will accept such a dismissal as a dismissal with prejudice; provided,
16 however that Plaintiff may seek leave to amend his Second Amended Complaint if, and only if,
17 entirely new facts relating specifically to plaintiff's claims concerning the patents at issue in the
18 case entitled ePlus, Inc. v. Ariba, Inc., U.S. Dist. Ct. Case No. 1:04cv612 (E.D. Va.) are
19 disseminated to the public by Ariba after the date of this stipulation and [proposed] order.
20 Defendants reserve their right to oppose any such motion for leave to amend the Second Amended
21 Complaint brought by Plaintiff.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

JOINT STIP. AND [PROPOSED] ORDER       1       CASE NO. 3:06-CV-05575-MHP

265171

1  (8)   The parties agree to remove the oral argument currently scheduled for June
2  4, 2007 from the Court's calendar until a date mutually agreed upon by the parties and the Court.

3  Dated: April 16 2007

SHEARMAN & STERLING LLP

By: _____
       Raymond A. Just

Attorneys for Defendants David H. McCormick,
Robert M. Calderoni and Ariba Inc.

8  Dated: April 16 2007

GLANCY BINKOW & GOLDBERG LLP

By: _____
       Peter A. Binkow

Lionel Z. Glancy
Michael Goldberg
Peter A. Binkow
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160

KIRBY MCINERNEY & SQUIRE, LLP
Ira M. Press
Mark A. Strauss
830 Third Avenue
New York, NY 10022-3903
Telephone:   (212) 371-6600
Facsimile:    (212) 751-2540

MURRAY FRANK & SAILER, LLP
Brian Murray
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone:   (212) 682-1818
Facsimile:    (212) 682-1892

Attorneys for Plaintiff Jonathan Crowell

**ORDER**

IT IS SO ORDERED.

DATED: April 17 2007    _____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*

JOINT STIP. AND [PROPOSED] ORDER        2        3:06-CV-05575-MHP