1  Jeffrey S. Facter (State Bar No. 123817)
   Azadeh Gowharrizi (State Bar No. 239938)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105-2723
   Telephone: (415) 616-1100
4  Facsimile: (415) 616-1199
   Email:     jfacter@shearman.com
5             azadeh.gowharrizi@shearman.com

6  Attorneys for Defendants David H. McCormick,
   Robert M. Calderoni and Ariba Inc.
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | JONATHAN CROWELL, on plaintiff's own behalf and on behalf of all others similarly situated, | Case No.: 3:06-CV-05575-MHP |
|---|---|
| Plaintiff, | Assigned to Hon. Marilyn Hall Patel |
| v. | JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT |
| DAVID H. MCCORMICK, ROBERT M. CALDERONI and Ariba, Inc., | |
| Defendants. | |

JOINT STIP. AND [PROPOSED] ORDER                    CASE NO. 3:06-CV-05575-MHP

267532

1

2    IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject
3 to the Order of the Court, the following changes in schedule:
4    (1)   Defendants shall answer or otherwise respond to the Second Amended
5 Complaint on or before July 20, 2007;
6    (2)   If Defendants file motion(s) to dismiss, Plaintiff shall file and serve his
7 opposition memorandum on or before September 7, 2007;
8    (3)   Defendants shall file and serve their reply memoranda on or before October
9 5, 2007;
10    (4)   The parties shall confer among themselves and with the Court's clerk to set
11 a hearing date for any such motion to dismiss;

12  Dated: July 13, 2007          SHEARMAN & STERLING LLP

15                By:    /s/
                      Jeffrey S. Facter

16                Attorneys for Defendants David H. McCormick,
17                Robert M. Calderoni and Ariba Inc.

20  Dated:  July 13, 2007         GLANCY BINKOW & GOLDBERG LLP

22                By:    /s/
23                      Peter A. Binkow

24                Lionel Z. Glancy
                  Michael Goldberg
25                Peter A. Binkow
                  1801 Avenue of the Stars, Suite 311
26                Los Angeles, CA 90067
                  Telephone:   (310) 201-9150
27                Facsimile:    (310) 201-9160

28                KIRBY MCINERNEY & SQUIRE, LLP

JOINT STIP. AND [PROPOSED] ORDER        1        CASE NO. 3:06-CV-05575-MHP
                                                          267532

|   |   |
|---|---|
| 1 | Ira M. Press |
| 2 | Mark A. Strauss |
|   | 830 Third Avenue |
| 3 | New York, NY  10022-3903 |
|   | Telephone:    (212) 371-6600 |
| 4 | Facsimile:     (212) 751-2540 |

MURRAY FRANK & SAILER, LLP
Brian Murray
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:    (212) 682-1818
Facsimile:     (212) 682-1892

Attorneys for Plaintiff Jonathan Crowell

ORDER

IT IS SO ORDERED.

DATED: July 17, 2007

_____
HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIP. AND [PROPOSED] ORDER     2     CASE NO. 3:06-CV-05575-MHP

267532