# FILED

OCT 2 3 2007

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT

Northern District of California

JONATHAN CROWELL, ET AL.

**CASE NO.  3:06-CV-05575-MHP**

(Proposed)

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Plaintiff(s),

v.

DAVID H. MCCORMICK, ET AL.

Defendant(s).

BRIAN MURRAY                                    , an active member in good standing of the bar of

NEW YORK                                              whose business address and telephone number

(particular court to which applicant is admitted)

is

MURRAY, FRANK & SAILER LLP              (212) 682-1818
275 MADISON AVENUE , SUITE 801
NEW YORK, NY  10016

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiffs.

　　　　IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  10/22/07

MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
For the Northern District of California