UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CROWELL, BENJAMIN LAPIN and REUVEN LAPIN, Individually and on Behalf of All Others Similarly Situated<br><br>            Plaintiffs,<br>    v.<br><br>DAVID H. MCCORMICK, ROBERT M. CALDERONI and ARIBA, INC.,<br><br>            Defendants.<br>_____/ | No. C -06-05575MHP<br><br>**JUDGMENT**<br>**(Fed.R.Civ.P. 58)** |

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendants' motion to dismiss,

IT IS ORDERED AND ADJUDGED that defendants' motion to dismiss is GRANTED and this action is DISMISSED in its entirety.

DATED: November 15, 2007

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California